**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Ardent Harmony Fund Inc., | Case No.: 16-12282 |
| Debtor. | |

**ORDER (I) SCHEDULING HEARING ON RECOGNITION OF**
**VERIFIED CHAPTER 15 PETITION AND MOTION FOR RELATED RELIEF**
**AND (II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon consideration of the *Ex Parte* Motion of Michael Pearson, in his capacity as Joint Official Liquidator and duly-authorized foreign representative (the "Petitioner") of Ardent Harmony Fund Inc. for an Order (i) Scheduling a Recognition Hearing on the Recognition of Verified Petition and Motion for Related Relief, and (ii) Specifying the Form and Manner of Service of Notice (the "Motion");[1] it is hereby

**ORDERED**, that the Motion is granted to the extent provided herein;

**ORDERED**, that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in this Chapter 15 proceeding;

**ORDERED**, that the form of Notice attached to the Motion as Exhibit B is hereby approved;

**ORDERED**, that a copy of the Notice, the Verified Petition and Related Motion, and the Declarations shall be served by United States mail, first-class postage prepaid, on each of the Notice Parties on or before **August 10, 2016**;

**ORDERED**, that notice in accordance with this Order shall constitute sufficient notice of the Verified Petition and Related Motion and the Recognition Hearing in compliance with the Bankruptcy Rules and the Local Rules;

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

- 1 -

**ORDERED**, that the Petitioner shall provide notice of the Recognition Hearing and Objection Deadline by publication of a notice in the *Gazette* (provided that the next edition of the *Gazette* will be published prior to the Recognition Hearing);

**ORDERED**, that the Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the Southern District of New York, 1 Bowling Green, New York, New York 10004, on **August 31, 2016, at 2:00 p.m. (Eastern)**;

**ORDERED**, that responses or objections, if any, to the Verified Petition and Related Motion shall be made in writing and shall set forth the basis thereof, and such responses or objections must be: (i) filed with this Court on or before **August 24, 2016, at 4:00 p.m. (Eastern)**, which is at least seven days before the Recognition Hearing (the "Objection Deadline"), and (ii) served upon the Petitioner's counsel at Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022-7650 (Attention: James C. McCarroll and Kurt F. Gwynne), so as to be received by the Objection Deadline; and it is further

**ORDERED**, the Petitioner may file a reply in support of the Verified Petition and Related Motion by Noon on the day before the Recognition Hearing.

**IT IS SO ORDERED.**

Dated: August 9, 2016.
New York, New York

                                            _____/s/Martin Glenn_____
                                              MARTIN GLENN
                                    United States Bankruptcy Judge